UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00044 |
| | ) | |
| RAZVAN CAPRARESCU | ) | **UNDER SEAL** |

*ORDER*
*This motion is GRANTED.*
[signature]
3-12-14

MOTION TO SEAL THE INDICTMENT

The United States of America, by and through David Rivera, United States Attorney, and Byron M. Jones, Assistant United States Attorney, hereby moves this court to seal the indictment in this case. In support thereof, the United States submits that the defendant named in the indictment is not in custody at this time, and the indictment should be sealed to ensure the safety of executing officers and agents and to prevent flight by the defendant.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: [signature]
Byron M. Jones
Assistant U. S. Attorney
United States Courthouse
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151