UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:14-00044 |
| ) | MATISTRATE JUDGE KNOWLES |
| RAZVAN CAPRARESCU, ) | |

### **ORDER**

This matter comes before the Court on the Government's Motion to Unseal Indictment. The motion advises that the defendant is now in custody. It is hereby ordered that the indictment is unsealed.

_____
E. Clifton Knowles
United States Magistrate Judge

Dated: April 15, 2014